## DEPT. OF TRANSPORTATION v. ISOM

No. 407P96

Case below: 123 N.C.App. 356

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 6 March 1997.

## EMPLOYMENT SECURITY COMM. v. PEACE

No. 261PA96

Case below: 122 N.C.App. 313

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 6 March 1997 for the purpose of remanding to N.C. Court of Appeals for reconsideration in light of this Court's decision in *Soles v. City of Raleigh.*

## FISHER v. GAYDON

No. 510P96

Case below: 124 N.C.App. 442

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 6 March 1997.

## FLETCHER v. FLETCHER

No. 430P96

Case below: 123 N.C.App. 744

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 March 1997.

## FOSTER v. HARRELL

No. 52P97

Case below: 124 N.C.App. 785

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 6 March 1997.